UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. As assignee of Matthew E. Orso, in his Capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell,<br><br>*Plaintiff*,<br><br>V.<br><br>DORADO RIDGELL, SSN xxx-xx-2744 (a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al.,<br><br>*Defendant*,<br><br>and REGIONS BANK,<br><br>*Garnishee* | Case No. 2:22-MC-00066 |

### ORDER DIRECTING TRANSFER OF FUNDS, ENTERING JUDGMENT, AND DISMISSING THE CASE

Now before the Court is Plaintiff Nationwide Judgment Recovery, Inc.'s Motion for Entry of Judgment in Garnishment Action and Brief in Support (Doc. 24). On July 12, 2022, Plaintiff registered with this Court a foreign judgment issued by the United States District Court for the Western District of North Carolina against Defendant Dorado Ridgell in the amount of $19,470.03, plus post-judgment interest. *See* Docs. 2 & 3. Plaintiff then applied to the Clerk for writs of garnishment directed to seven different financial institutions. *See* Docs. 13–19.

1

One of the garnishees, Regions Bank, filed an Answer to the Writ of Garnishment (Doc. 20) indicating that it held $13,135.69 in bank accounts and a safe deposit box in the name of Mr. Ridgell. Mr. Ridgell never appeared in this lawsuit, despite the fact that he was served by U.S. mail with a copy of the Writ of Garnishment. *See* Doc. 23.[1]

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Entry of Judgment in Garnishment Action (Doc. 24) is **GRANTED**. Judgment is entered in favor of Plaintiff.

**IT IS FURTHER ORDERED** that Garnishee Regions Bank remit to Plaintiff the **$13,135.69** it holds in accounts and the safe deposit box owned by Mr. Ridgell. The check shall be made payable to the IOLTA account of Plaintiff's counsel, Robert C. Newark, III, and mailed within fourteen days to the following address:

> Robert C. Newark, III
> 2500 S. Broadway, Ste. 128
> Edmond, OK 73013

**IT IS FURTHER ORDERED** that upon such payment and transfer of funds by Regions Bank, it shall be discharged from any further liability herein under the Writ of Garnishment (Doc. 17), and Mr. Ridgell's accounts with Regions Bank shall be released from the Writ.

**IT IS SO ORDERED** on this 5th day of December, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Regions Bank states in its Answer that it "has notified [its] customer of their right to raise all potential objections and exemptions with the ordering authority." *See* Doc. 20.